1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    JEREMY MANNING,

9                              Petitioner,          Case No. C25-402-RSM-SKV

10        v.

11    ANDREW COOPER, Warden, Federal          REPORT AND RECOMMENDATION
      Detention Center SeaTac,

12                              Respondent.

13

14        This is a federal mandamus action proceeding under 28 U.S.C. § 1361.  On April 2, 2025,

15    this Court issued an Order directing Petitioner to correct a filing fee deficiency in this action.

16    Dkt. 5.  Petitioner was advised therein that though he had submitted the $5 filing fee applicable

17    to a federal habeas action proceeding under 28 U.S.C. § 2241, a petition for writ of mandamus is

18    considered a regular civil action and the regular civil case filing fee of $405 therefore applied.

19    *Id*.  Petitioner was directed to either pay the remainder of the civil filing fee or submit an

20    appropriate application to proceed *in forma pauperis* ("IFP") not later than May 1, 2025.  *Id.*

21        Petitioner did not comply with this directive but instead filed objections to this Court's

22    April 2nd Order.  *See* Dkt. 6.  On July 1, 2025, United States District Judge Ricardo S. Martinez

23    issued an Order denying Petitioner's objections and referring the matter back to this Court for

REPORT AND RECOMMENDATION
PAGE - 1

further proceedings.  Dkt. 7.  On July 18, 2025, this Court issued a second Order directing

Petitioner to correct the filing fee deficiency.  Dkt. 8.  Petitioner was advised therein that failure

to either pay the remainder of the civil filing fee or submit an appropriate application to proceed

IFP by August 18, 2025, would result in a recommendation that this action be dismissed.

Petitioner has not responded in any fashion to this Court's July 18th Order.

As Petitioner has had ample time to correct the filing fee deficiency in this action but has

failed to do so, this Court recommends the instant action be dismissed for failure to prosecute.  A

proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and

served upon all parties to this suit not later than **fourteen (14) days** from the date on which this

Report and Recommendation is signed.  Failure to file objections within the specified time may

affect your right to appeal.  Objections should be noted for consideration on the District Judge's

motions calendar **fourteen (14) days** from the date they are filed.  Responses to objections may

be filed by the day before the noting date.  If no timely objections are filed, the matter will be

ready for consideration by the District Judge on **October 23, 2025**.

DATED this 2nd day of October, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2