UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY MANNING,

                Petitioner,

v.

ANDREW COOPER, Warden, Federal Detention Center SeaTac,

                Respondent.

Case No. C25-402-RSM

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    This action is DISMISSED for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 24th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1